LOUIS RUBENSTEIN AND ARTHUR RUBENSTEIN, PROSE-
CUTORS, v. CITY OF BAYONNE, A MUNICIPAL CORPO-
RATION OF THE STATE OF NEW JERSEY, AND HUGH
MONTAGUE & SON, INCORPORATED, A CORPORATION
OF THE STATE OF NEW JERSEY, RESPONDENTS.

LOUIS RUBENSTEIN AND ARTHUR RUBENSTEIN. PROSE-
CUTORS, v. CITY OF BAYONNE, A MUNICIPAL CORPO-
RATION OF THE STATE OF NEW JERSEY, AND JO-
SEPH W. BUCKLEY, RESPONDENTS.

Decided May 8, 1928.

Before Mr. Justice MINTURN.

For the prosecutors, *Charles Rubenstein.*

For the respondents, *James Benny.*

PER CURIAM.

The application for writs of *certiorari* in these cases is denied.